IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 18-45-RGA |
| PATRICK TITUS, | : | |
| Defendant. | : | |

**DEFENDANT'S UNOPPOSED MOTION FOR DESIGNATION AS COMPLEX AND FOR ISSUANCE OF EXTENDED PRE-TRIAL MOTIONS DATE**

**AND NOW**, the defendant, Patrick Titus, by and through his attorneys, Edson A. Bostic, Federal Public Defender, and Eleni Kousoulis, Assistant Federal Public Defender, for the District of Delaware, respectively file the instant motion to have this matter designated as complex and for issuance of an Order extending the time for filing pretrial motions.

In support thereof, it is averred as follows:

1. On June 14, 2018, a grand jury sitting in the District of Delaware, returned a 15-count Indictment charging defendant Patrick Titus with unlawful distribution and dispensing of controlled substances, in violation of 21 U.S.C. §§ 841 and 2 (Counts One through Fourteen); and maintaining a drug-involved premises, in violation of 21 U.S.C. § 856(a)(1) (Count Fifteen).

2. The Indictment alleges that these criminal violations occurred between July 2012 and continued to in or around December 2014.

3. Pretrial motions are due on July 30, 2018.

4. The government, thus far, has not provided discovery in this case, but expects to begin providing discovery shortly. The government has informed Defense counsel that the discovery

is voluminous, consisting of, among other things, approximately 100 boxes of patient files, three search warrants, bank records, and state documents from a state investigation into this matter. All of these documents must be reviewed and analyzed by Counsel.

5. Counsel must fully investigate the allegations in the Indictment. Dr. Titus intends to mount a vigorous defense to these charges. As such, Counsel must fully investigate these allegations. This requires a thorough review and analysis of not just the discovery that the government has determined to be relevant to the presentation of its case, but of all of the business records and patient files confiscated by the government.[1]

6. Additionally, it is anticipated that Defense counsel will need to consult with medical and/or financial expert witnesses. Thus, it is expected that substantial time will be needed for the defense to properly investigate and prepare the defendant's case in deciding what, if any, pretrial motions need to be filed.

7. Based upon the foregoing, the defense believes and avers that this case is so complex due to the nature of the prosecution, the potentially large quantity of discoverable documents, and the potential number of witnesses, that it is unreasonable to expect adequate investigation and preparation for pre-trial proceedings in the ordinary time limits established by the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(ii), and/or this Court's local rules.

8. Accordingly, Dr. Titus asks this Court to designate the case as complex, and issue a Scheduling Order extending the period for filing pretrial motions.

---

[1]This government's estimation that the discovery includes approximately 100 boxes of patient files does not include all of the patient files seized from the defendant, but only those relating to the patients listed in the Indictment and a few others. Defense counsel anticipates that they may need to review *all* of the defendant's patient files (not just those provided by the government) prior to determining what, if any, pretrial motions need to be filed in this case.

9. Counsel has informed the attorney for the government, Aleza Remis, Esquire, of the intent to file the instant motion, and counsel for the government informed that they do not oppose the granting of this motion.

10. The complexity of the case and the ends of justice, therefore, require that the time for filing pretrial motions be substantially extended. *See* 18 U.S.C. § 3161(h)(8)(B)(ii).

11. Failure to declare the case as complex and extend the pretrial motions date will deny Counsel for the defendant the reasonable time necessary to obtain potentially relevant and exculpatory documents and items; to review and analyze the government's discovery; to hire the appropriate expert(s); and to effectively investigate the matter to determine what, if any, pretrial motions should be filed in this case, taking into account the exercise of due diligence as required by 18 U.S.C. § 3161(h)(8)(B)(iv).

12. The ends of justice will be served by designating the case as complex and the requested extension of the time for the filing of pretrial motions outweigh the best interests of the public and the defendant in a speedy trial. And, Dr. Titus knows and acknowledges that any period of delay which results from the consideration and/or granting of the instant motion will be excludable pursuant to § 18 U.S.C. § 3161(h)(8)(A).

13. While the government intends to provide discovery to Defense counsel on a rolling basis, the government anticipates that it will take approximately three (3) months to provide Defense counsel with complete discovery. Once received, Counsel will need time to thoroughly review the discovery, conduct needed investigation, and consult with Dr. Titus.

14. In light of the foregoing, Defendant respectfully requests an additional thirty (30) days following the receipt of complete discovery in which to file pretrial motions.

**WHEREFORE**, for the above-stated reasons and for any other reasons deemed just, Dr. Titus respectfully requests that this Court grant the instant motion, designate this matter as complex, and extend the pretrial motions date to anytime after November 12, 2018.

                                              Respectfully submitted,

                                              */s/ Edson A.Bostic*
                                              EDSON A. BOSTIC
                                              Federal Public Defender

Dated:  July 30, 2018             */s/ Eleni Kousoulis*
                                              ELENI KOUSOULIS, ESQUIRE
                                              Assistant Federal Public Defender
                                              800 King Street, Suite 200
                                              Wilmington, DE  19801
                                              302-573-6010
                                              de_ecf@fd.org

                                              Attorneys for Patrick Titus