IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 18-45-RGA |
| | : | |
| PATRICK TITUS, | : | |
| | : | |
| Defendant. | : | |

## JOINT STATUS REPORT AND PROPOSED SCHEDULE

**AND NOW**, the Defendant, Patrick Titus, by and through his attorney, Eleni Kousoulis, Assistant Federal Public Defender, for the District of Delaware, and the United States of America, by Aleza Remis, Trial Attorney for the Fraud Section, Criminal Division, Department of Justice, and Edmond Falgowski, Assistant United States Attorney for the District of Delaware, hereby submit this Joint Status Report and Proposed Schedule in reference to the above-captioned case.

In support thereof, it is averred as follows:

1. On June 14, 2018, a grand jury sitting in the District of Delaware, returned a 15-count Indictment charging defendant Patrick Titus with unlawful distribution and dispensing of controlled substances, in violation of 21 U.S.C. §§ 841 and 2 (Counts One through Fourteen); and maintaining a drug-involved premises, in violation of 21 U.S.C. § 856(a)(1) (Count Fifteen).

2. The Indictment alleges that these criminal violations occurred between July 2012 and continued to in or around December 2014.

3. On August 1, 2018, the Court granted Defendant's motion to have this matter designated as complex and to extend the deadline for the filing of pre-trial motions.

4.  Pretrial motions are due on November 12, 2018.

5.  The government, thus far, has provided discovery that consists of over 25,000 pages of documents. However, there is additional discovery that has not yet been provided to the defense. The additional discovery is electronic evidence consisting of 8 terabytes of imaged electronic evidence and 16 gigabytes of electronic data consisting of evidence recovered from a search warrant executed on an electronic medical records platform. The government believes that it can provide this electronic evidence to Defense counsel by November 30, 2018.[1]

6.  In addition to the discovery that the government is providing copies of to the defense, there is additional discovery that the government does not plan on providing to the defense, but that the government has indicated that it will make available to the defense for inspection. This additional discovery consists of 250 boxes of patient files obtained from a search warrant of a storage unit, and 25 boxes of other items seized during the execution of search warrants at three other locations.[2] The contents of these additional boxes of discovery are not being provided in hard-copy to the defense because they are not scanned.

7.  Defense counsel has begun to review the discovery that has been provided in this case, but, given the voluminous nature of the discovery, the defense requires additional time to complete its review of the discovery in this case and to consult with an expert, in order to properly defend this case and effectively determine what, if any, pre-trial motions need to be filed.

---

[1] The government has also indicated to Defense counsel that there is additional discovery consisting of remaining reports and additional information received through their investigation that the government will produce to the defense within the next week or so.

[2] The government is also still in the process of interviewing witnesses and conducting additional investigation in this case which will produce additional discovery that the government will provide to Defense counsel as it is received by the government.

8.      Based upon the foregoing, the Parties respectfully request that the time for the filing of pre-trial motions be extended. The Parties request that the pre-trial motions deadline be extended to 120 days following Defense counsel's receipt of the outstanding electronic discovery that the government has indicated that it plans to provide to the defense. As indicated above, the government believes that it can provide Defense counsel with this outstanding discovery by November 30, 2018.

9.      The Parties agree that any additional time given to file pre-trial motions shall be excluded under the Speedy Trial Act (18 U.S.C. § 3161, *et seq.*).

10.     The Defendant, Dr. Titus, is presently out of custody on pre-trial release and he has no objection to excluding under the Speedy Trial Act any additional time given in which to file pre-trial motions.

**WHEREFORE**, for the above-stated reasons and for any other reasons deemed just, the Parties respectfully requests that the Court extend the pre-trial motions date to anytime after April 1, 2019.

|  |  |
|---|---|
| Respectfully submitted, | Respectfully Submitted, |
| EDSON A. BOSTIC<br>Federal Public Defender | DAVID C. WEISS<br>United States Attorney |
| By: */s/ Eleni Kousoulis*<br>ELENI KOUSOULIS<br>Assistant Federal Public Defender<br>800 King Street, Suite 200<br>Wilmington, DE 19801<br>Attorney for Patrick Titus | By: */s/ Aleza Remis*<br>ALEZA REMIS<br>Trial Attorney Department of Justice<br>Edmond Falgowski<br>Assistant United States Attorney |

DATED: November 9, 2018