IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Criminal Action No. 18-45-RGA |
| PATRICK TITUS, : | |
| : | |
| Defendant. : | |

## PROPOSED REVISED AMENDED SCHEDULING ORDER

On March 17, 2021, this Court signed a Revised Scheduling Order in this case (D.I. 46.) Since that time, the parties have conferred and now seek to amend this most recent scheduling order to reflect the following changes:

Dr. Scott Bender's Expert Report: May 12, 2021.

Dr. Carol Warfield's and Mr. Edward Sullivan's Expert Reports: May 17, 2021

Defendant's Response to Government's April 30 Motion to Exclude (as to Dr. Mack only): May 17, 2021.

Motions to Exclude (or supplements to Government's April 30 Motion to Exclude) as to Dr. Warfield, Mr. Sullivan, and Dr. Bender: May 24, 2021.

Responses to May 24, 2021 Motions to Exclude: June 7, 2021.

Respectfully submitted,

| | |
|---|---|
| /s/ Aleza S. Remis<br>Aleza S. Remis<br>Justin M. Woodard<br>U.S. Department of Justice<br>Criminal Division, Fraud Section<br>1400 New York Ave., N.W.<br>Washington, D.C. 20530<br>(202) 262-7868 | BY: /s/ Eleni Kousoulis<br>Eleni Kousoulis<br>Acting Federal Public Defender<br>800 King Street, Suite 200<br>Wilmington, DE 19801<br>(302) 573-6010<br>de_ecf@fd.org |
| /s/ Edmond Falgowski<br>Edmond Falgowski<br>U.S. Attorney's Office<br>Hercules Building<br>1313 N. Market Street<br>P.O. Box 2046<br>Wilmington, DE 19801<br>(302) 573-6154 | /s/ Edson A. Bostic<br>Edson Bostic<br>1700 Market Street, Suite 1005<br>Philadelphia, PA 19103<br>(267) 239-4693 |