IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : Criminal Action No. 18-45-RGA |
| PATRICK TITUS, | : |
| | : |
| Defendant. | |

## REVISED AMENDED SCHEDULING ORDER

This __10th__ day of May, 2021, the parties jointly submitting proposed revisions to the Revised Scheduling Order entered on March 17, 2021 [D.I. 46]; IT IS HEREBY ORDERED that the following deadlines apply:

1. Dr. Scott Bender's Expert Report: May 12, 2021:

2. Dr. Carol Warfield's and Mr. Edward Sullivan's Expert Reports, and Defendant's Response to Government's April 30 Motion to Exclude (as to Dr. Mack only): May 17, 2021

3. Motions to Exclude (or supplements to our Government's May 1 Motion to Exclude) as to Dr. Warfield, Mr. Sullivan, and Dr. Bender: May 24, 2021

4. Responses to May 24, 2021 Motions to Exclude: June 7, 2021


          /s/ Richard G. Andrews
          RICHARD G. ANDREWS
          United States District Judge