IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 18-45-RGA |
| ) | |
| PATRICK TITUS, ) | |
| ) | |
| ) | |
| Defendant. ) | |

**ORDER**

WHEREAS, the Court having held a Daubert Motion hearing and Pretrial Conference on June 16, 2021, and the parties having made various representations, and the Court having made various rulings during the proceedings, sometimes in reliance upon those representations;

IT IS ORDERED that the Government's sealed omnibus motion (D.I. 49) and supplemental motion to exclude (D.I. 56) are DENIED without prejudice to specific objections at trial regarding Dr. Warfield's testimony. The motions, as to Mr. Sullivan (pending a further submission by Defendant and voir dire as to qualifications[1]) and Dr. Mack, will be taken under advisement.

IT IS FURTHER ORDERED that the defendant's motion in limine to limit the universe of patient files (D.I. 66) is DENIED without prejudice to objection to specific

---

[1] The Court did not set a hearing date. The Court would prefer to do the voir dire at some other than immediately before Mr. Sullivan's testimony. The parties should meet and confer about a proposal for when to do it. One possibility would be on Friday, July 16, when the jury will be off.

references to patients who are referenced in the first fourteen counts of the indictment or who are outside the 300 patient files. The defendant's motion in limine to exclude references to cash payments and distance traveled by patients (D.I. 67) is DENIED without prejudice to renewal should the Government's expert's expertise not extend to those two topics. The Government's motion in limine to preclude acts of good conduct (D.I. 68) is DISMISSED as premature and without prejudice to specific objections at trial. The Government's motion in limine to admit patient files and prescription drug monitoring program data (D.I. 70) is GRANTED. The Government's motion in limine to admit evidence of state investigations and death of patient G.S. as intrinsic evidence (D.I. 71) will be taken under advisement pending the defendant's submission due on June 25, 2021.

Date: 6/17/2021                                  /s/ Richard G. Andrews
                                                 UNITED STATES DISTRICT JUDGE