IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 18-45-RGA |
| | : | |
| PATRICK TITUS, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF APPEAL

Notice is hereby given that Patrick Titus, Defendant, by and through his undersigned attorney, Eleni Kousoulis, Federal Public Defender for the District of Delaware, hereby appeals to the United States Court of Appeals for the Third Circuit, from the Judgment of Conviction and Sentence entered by the Honorable Richard G. Andrews on March 8, 2022, in the United States District Court for the District of Delaware.

Dated: March 21, 2022         /s/ *Eleni Kousoulis*
                              ELENI KOUSOULIS, ESQUIRE
                              Federal Public Defender
                              District of Delaware
                              800 King Street, Suite 200
                              Wilmington, DE  19801
                              302-573-6010
                              Email:  de_appeals@fd.org